ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
FEB 29 2008
U.S. COURT OF FEDERAL CLAIMS

CA, INC.,
One CA Plaza
Islandia, NY 11749,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 08-119 C

**PLAINTIFF CA, INC.'S NOTICE OF DIRECTLY RELATED CASE**

Pursuant to RCFC 40.2, CA, Inc. states that it filed a case in this Court on September 29, 2006: *CA, Inc. v. United States* (case number 06-681; assigned to Judge Christine O.C. Miller) which sought, *inter alia*, to compel the U.S. Department of the Navy's contracting officer to issue a final decision with respect to the certified claim, a portion of which is at issue here. After the contracting officer issued the final decision on March 1, 2007, the parties filed a joint stipulation of dismissal on June 28, 2007, and the case was dismissed without prejudice on July 2, 2007. The instant case is accordingly related.

Date: February 29, 2008

Respectfully submitted,

Alan W. H. Gourley

Alan W. H. Gourley, Esq.
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116

Counsel of Record for Plaintiff CA, Inc.

Of Counsel:

Puja Satiani, Esq.
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116