ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB 29 2008
U.S. COURT OF FEDERAL CLAIMS

CA, INC.,
One CA Plaza
Islandia, NY 11749,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 08-119 C

**PLAINTIFF CA, INC.'S RCFC 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, CA, Inc. states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Date: February 29, 2008

Respectfully submitted,

Alan W. H. Gourley, Esq.
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116

Counsel of Record for Plaintiff CA, Inc.

Of Counsel:

Puja Satiani, Esq.
CROWELL & MORING LLP

1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116