**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 08-119C<br>(Judge Christine O.C. Miller) |

**<u>CONSENT MOTION TO STAY PROCEEDINGS</u>**

Plaintiff, CA, Inc. ("CA"), respectfully moves this Court to stay proceedings in this case pending resolution of a related civil case pending in the United States District Court for the Eastern District of Virginia[1] because resolution of that case is likely to dispose of this case in its entirety. Plaintiff CA has conferred with Defendant, and Defendant does not object to a stay in this proceeding.

**<u>Grounds for the Stay</u>**

Briefly, the grounds for this motion for stay are as follows:

1. The central fact at issue in both this proceeding and the one pending in the Eastern District of Virginia is that CA delivered software to Defendant for which it has not been paid by Defendant's prime contractor, STG, Inc. Accordingly, CA's primary claim is a claim for payment of the unpaid balance for the delivered software against STG, the defendant in the Eastern District of Virginia action.

---

[1] *CA, Inc. v. STG, Inc.*, (E.D.Va. 1:08-cv-193).

2. The Complaint in this proceeding is simply a protective appeal of that portion of Defendant's March 1, 2007 Final Decision denying CA's Certified Claim seeking recovery under the indemnification provided by FAR § 51.102(f)(2) or, in the alternative, for damages under the Fifth Amendment for a taking of CA's property without just compensation. Recovery of the unpaid sums from STG would moot this proceeding.

3. The U.S. District Court for the Eastern District of Virginia is well known for its prompt and efficient resolution of civil matters. Because that proceeding is likely to resolve the underlying dispute in this matter, Plaintiff CA respectfully suggests that a stay in this proceeding, pending resolution of the matter in the Eastern District of Virginia will promote judicial economy and efficiency.

Plaintiff will provide a status report of the Eastern District of Virginia proceedings to the Court and Defendant every three months, with the first status report to be filed three months after the Court enters an order granting the stay.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and temporarily suspend all proceedings in this case.

Respectfully submitted,

s/Alan W. H. Gourley

Alan W. H. Gourley
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116

Counsel for Plaintiff CA, Inc.

Of Counsel:

Puja Satiani
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116

DATED: April 23, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 23rd day of April, 2008, a copy of the foregoing Consent Motion to Stay Proceedings was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Alan W. H. Gourley
Alan W. H. Gourley
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116

Counsel for Plaintiff CA, Inc.