# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **CA, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 08-119C |
| **THE UNITED STATES**, | * | (Filed Apr. 25, 2008) |
| Defendant, | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiff's Consent Motion To Stay Proceedings filed on April 23, 2008, is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. This case is stayed pending further order of the court.

2. Plaintiff shall file a Status Report on behalf of the parties at 90-day intervals commencing on July 25, 2008, reporting on the status of proceedings in CA, Inc. v. STG, Inc., No. 08-193 (E.D. Va.). Counsel shall notify the court within 15 days of any decision.

s/ Christine O.C. Miller

________________________________________

**Christine Odell Cook Miller**
Judge