**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CA, INC., Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | ) | No. 08-119C (Judge Christine O.C. Miller) |

**STATUS REPORT**

Plaintiff, CA, Inc. ("CA") files this status report to inform the Court of developments in its civil case pending in the United States District Court for the Eastern District of Virginia against the Navy's prime contractor, *CA, Inc. v. STG, Inc.*, E.D.Va. 1:08-cv-193. On April 25, 2008, over Plaintiff's objection, the District Court stayed proceedings in the Eastern District of Virginia matter and directed Plaintiff CA to inform this Court of the stay. *See* Ex. 1, Apr. 25, 2008 Order. At the hearing on April 25, 2008, the District Court informed the parties and the United States that it considered the issue of whether CA had privity with the United States to be common to both cases and more appropriately decided by this Court in the first instance. The District Court also noted that should this Court have a different view as to which case should proceed first, it would consider those grounds. Plaintiff does not believe that privity of contract with the United States is a necessary element of its claims before this Court, or of its claim against the prime contractor, STG, in the Eastern District of Virginia, and Plaintiff continues to believe that the case against the prime contractor should proceed first.

In light of the Order entered in the Eastern District of Virginia matter, Plaintiff has contacted counsel for the United States to arrange to meet next week and discuss how most appropriately to proceed. The Parties will thereafter promptly notify this Court on any agreements reached and any suggestions for how to proceed in this matter.

Respectfully submitted,

s/Alan W. H. Gourley

Alan W. H. Gourley
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116

Counsel for Plaintiff CA, Inc.

Of Counsel:

Puja Satiani
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116

DATED: April 30, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 30th day of April, 2008, a copy of the foregoing Status Report was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Alan W. H. Gourley
Alan W. H. Gourley
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116

Counsel for Plaintiff CA, Inc.