# EXHIBIT 1

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

FILED
IN OPEN COURT
APR 2 5 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**CA, Inc.,** )
**Plaintiff,** )
)
**v.** ) **Civil Action No. 1:08cv193**
)
**STG, Inc.,** )
**Defendant.** )

**ORDER**

This matter came before the Court on defendant STG, Inc.'s motion to dismiss and motion to stay proceedings.

For the reasons stated from the bench, and for good cause,

It is **ORDERED** that defendant's motion to stay proceedings is **GRANTED**, and that this matter is **STAYED** in all respects pending resolution of the action between these parties currently before the Court of Federal Claims.

It is further **ORDERED** that disposition of defendant's motion to dismiss is **DEFERRED** in light of the stay of proceedings.

It is further **ORDERED** that the parties are **DIRECTED** to advise the Court of Federal Claims of the stay entered in this action, as well as the reasons for the stay as stated from the Bench. In particular, the parties are directed to advise the Court of Federal Claims of this Court's views on the privity issue in this case, and of this Court's view that the government's liability to plaintiff, if any, should be determined before this action proceeds, since resolution of that matter may dispose of all issues in this case.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
April 25, 2008

/s/
**T. S. Ellis, III**
**United States District Judge**