# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | | |
|---|---|---|---|
| **CA, INC.,** | | * | |
| | Plaintiff, | * | |
| v. | | * | No. 08-119C |
| **THE UNITED STATES**, | | * | (Filed May 13, 2008) |
| | Defendant, | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the Status Report filed April 30, 2008, District Judge T.S. Ellis, III, of the United States District Court for the Eastern District of Virginia, having determined to stay proceedings in CA, Inc. v. STG, Inc., No. 08-193 (E.D. Va.), pending resolution of this action between plaintiff and the United States, the stay in this case is lifted for all purposes. Defendant is instructed to file its response to plaintiff's complaint by May 29, 2008.

**IT IS SO ORDERED**.

s/ Christine O.C. Miller

________________________________________

**Christine Odell Cook Miller**
Judge