# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CA, INC.,** *

Plaintiff, *

v. * No. 08-119C

**THE UNITED STATES**, * (Filed May 13, 2008)

Defendant, *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On this date and on May 12, 2008, the chambers received letters dated May 7, and May 9, 2008, respectively, from Philip J. Harvey, counsel to STG, Inc., in the case of CA, Inc. v. STG, Inc., No. 08-193 (E.D. Va.), pending in the United States District Court for the Eastern District of Virginia. Mr. Harvey states that he was unable to file electronically to provide notice to the court of the District Court's ruling. Under RCFC 7(e) the court may accept documents submitted as filings when they are presented for that purpose. These letters do not purport to be presented as filings, and accordingly the court is required to return them unfiled. Accordingly, the Clerk of the Court shall return the attached letters unfiled.

**IT IS SO ORDERED**.

s/ Christine O.C. Miller

________________________________________

**Christine Odell Cook Miller**
Judge