# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**CA, INC.,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 08-119C

(Filed July 15, 2008)

## ORDER

A review of the parties' Joint Preliminary Status Report filed on July 14, 2008, disclosed conflicting discovery proposals that contemplate extended pretrial proceedings. Accordingly,

**IT IS ORDERED**, as follows:

1. By September 30, 2008, the parties shall file a subsequent Joint Status Report, reporting on implementation of a method for conducting discovery concerning the classified contract in issue.

2. By November 10, 2008, the parties shall serve all interrogatories and requests for admissions.

3. By November 14, 2008, the parties shall complete their exchange of documents pursuant to RCFC 26(a)(1).

4. Discovery of all fact witnesses shall be completed by March 20, 2009.

5. A subsequent status conference shall be held at 3:30 p.m. on Thursday, November 13, 2008, in the Howard T. Markey National Courts Building. Counsel shall be prepared to

discuss the progress of fact discovery. The date for filing defendant's dispositive motion one year from this date is excessive. The court will set a date for filing dispositive motions at the status conference.

s/ Christine O.C. Miller

______________________________

Christine Odell Cook Miller
Judge