IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CA, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 08-119C (Judge Christine O.C. Miller) |

DECLARATION OF DONALD F. KERRIGAN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COUNT 1 OF PLAINTIFF CA'S COMPLAINT

1. My name is Donald F. Kerrigan.

2. I am currently employed by CSC.

3. I served in the Navy from 1976 to 2004.

4. During the 2003 time period, I served as the Deputy Chief of Staff for U.S. Naval Forces Europe (NAVEUR)'s Command, Control, Communications, and Computers on behalf of the Commander in Chief of NAVEUR.

5. My duties and responsibilities in that position included command, control, computers and communications operations and maintenance responsibility for all U.S. Navy Forces in the European Area of Responsibility.

6. On March 21, 2002, I authorized Kathy Eads, my deputy, to sign a document captioned "Authorization to Purchase" in connection with Navy Contract No. 97-C-6461 (contract).

7. A copy of the "Authorization to Purchase" is attached to this declaration as Exhibit 1.

8. The "Authorization to Purchase" provides in pertinent part as follows:

**ATTACHMENT 2**

1. This letter serves as an authorization for PSC Inc. to utilize the PM, Small Computer Program (PM SCP) to procure software and services provided by Computer Associates International, Inc. [in] support of Commander in Chief US Naval Forces Europe (CINCUSNAVEUR), as awarded under contract # N68786-97-C-6461.

2. The contract to which this authorization applies is CA Enterprise Management Software Blanket Purchase Agreement DAAB15-99-A0018.

9. At the time I authorized the execution of the "Authorization to Purchase" I was not a contracting officer.

10. I have never served in the capacity of a contracting officer or contracting officer's representative for the Navy contract referenced in the "Authorization to Purchase."

11. As far as I can recall, I have never provided a copy of the "Authorization to Purchase" to the contracting officer or the contracting officer's representative for the Navy contract 97-C-6461.

12. I authorized Kathy Eads, my deputy, to sign the "Authorization to Purchase" in an attempt to obtain a lower price for the Navy for CA's software.

13. It was my understanding that the contracting officer for the contract would not be responsible for purchases made against the Blanket Purchase Agreement because they were being made outside of the parameters of that contract.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 24, 2008.

Donald F. Kerrigan

DEPARTMENT OF THE NAVY

COMMANDER IN CHIEF
UNITED STATES NAVAL FORCES, EUROPE
PSC 802
FPO AE 09499-0151

'21 Mar 02

From: Commander in Chief, U.S. Naval Forces, Europe, PSC 802 Box 6, FPO AE, 09499

To: US Army Small Computer Program, SMC, Ms. Dianne Grimm, AMSEL-DSA-SCP (ELA), Building 283, Fort Monmouth, NJ 07703-5805

Subj: AUTHORIZATION TO PURCHASE

1. This letter serves as an authorization for PSC Inc. to utilize the PM, Small Computer Program (PM SCP) to procure software and services provided by Computer Associates International, Inc. In support of Commander in Chief US Naval Forces Europe (CINCUSNAVEUR), as awarded under contract # N68786-97-C-6461.

2. The contract to which this authorization applies is CA Enterprise Management Software Blanket Purchase Agreement DAAB15-99-A0018.

3. A copy of this authorization shall be attached to the order and shall contain the statement "This order is placed pursuant to written authorization dated 3/21/02, a copy of which is attached".

D. F. KERRIGAN
Deputy Chief of Staff
Command, Control,
Communications and Computers

DEFENDANT'S EXHIBIT 1

PENGAD-Bayonne, N.J.