IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-119C |
| | ) | (Judge Christine O. C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR SUSPENSION OF PROCEEDINGS

Defendant respectfully requests this Court to suspend proceedings for four months for the purpose of continuing settlement negotiations. This is defendant's first motion for this purpose. Counsel for plaintiff has stated that he joins in this motion.

The scheduling order entered on July 15, 2008, provides that all interrogatories and requests for admissions be served by November 10, 2008; that all documents be exchanged by November 14, 2008; and that discovery of fact witnesses be completed by March 20, 2009.

For the past several weeks, the parties have been engaged in efforts to resolve this matter. Government counsel believes that with additional time the parties will be able to each an amicable resolution of this case. Once government counsel agrees to recommend a settlement proposal, a significant amount of time will be required to seek the necessary authorization and, if such authorization is obtained, to accomplish the settlement terms. Accordingly, suspending this litigation to give the parties the opportunity to resolve this matter without further briefing and trial will conserve the parties' and this Court's resources and, pursuant to Rule 1(a)(2) of the Rules of the United States Court of Federal Claims, promote the "just, speedy, and inexpensive determination" of this action.

For the foregoing reasons, defendant respectfully requests that the Court grant our

motion for a four-month suspension for the purpose of continuing settlement negotiations.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

September 17, 2008

Attorneys for Defendant