# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **CA, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 08-119C |
| **THE UNITED STATES**, | * | (Filed Sept. 17, 2008) |
| Defendant, | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant's Unopposed Motion for Suspension of Proceedings filed this date, is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. This case is stayed for a period of four months, or until January 20, 2009.

2. Defendant shall file a Status Report on behalf of the parties by November 17, 2008, stating with particularity the status of settlement.

s/ Christine O.C. Miller

________________________________________

**Christine Odell Cook Miller**
Judge